https://research.txcourts.gov/CourtRecordsSearch/ViewCasePrint/3a99ca37e6c95754a0f477e3abfadf42

# Case Information

## KEMP PROPERTIES LLC ET AL VS GREAT LAKES INSURANCE SE

B-208598

Location
Jefferson County - District Clerk

Case Category
Civil - Other Civil

Case Type
Other Civil

Case Filed Date
10/15/2021

## Parties 5

| Type | Name | Attorneys |
|---|---|---|
| Plaintiff | KEMP PROPERTIES LLC | Anastacio Mindiola |
| Defendant | ALACRITY SOLUTIONS GROUP LLC | TRAE MINDIOLA |
| Defendant | GREAT LAKES INSURANCE SE | |
| Defendant | GREAT LAKES INSURANCE SE | Les Pickett |
| Defendant | DIANA BLACKWELL | TRAE MINDIOLA |

## Events 11

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 10/15/2021 | Filing | Petition | | Kemp Properties vs Great Lakes Alacrity Blackwell.pdf |
| 11/17/2021 | Filing | Request | | Citation for Service.pdf |
| 11/18/2021 | Filing | No Fee Documents | | Cover Letter for Citation.pdf |
| 11/22/2021 | Filing | No Fee Documents | Return of Service | 208598 - Alacrity Solutions Group LLC.pdf, 208598 - Diana Blackwell.pdf |
| 11/30/2021 | Filing | No Fee Documents | Return of Service | 208598 - Great Lakes Insurance SE.pdf |
| 12/20/2021 | Filing | Answer/Response | Defendant Diana Blackwell's Original Answer | 16235857.PDF |
| 12/20/2021 | Filing | Answer/Response | Defendant Great Lakes Insurance SE's Original Answer | 16235849.PDF |
| 12/20/2021 | Filing | Answer/Response | Defendant Alacrity Solutions Group, LLC's Original Answer | 16235854.PDF |
| 1/28/2022 | Filing | Motion (No Fee) | Defendant's Motion to Dismiss | D-Motion to Dismiss w-Exhibit A (16435846xA8A8F).pdf |
| 1/31/2022 | Filing | Motion (No Fee) | | Kemp - Motion to Dismiss as to Alacrity and Blackwell.pdf |
| 2/24/2022 | Filing | No Fee Documents | SIGNED ORDER OF DISMISSAL | |

© 2022 Tyler Technologies, Inc. | All Rights Reserved

Version: 2022.1.0.10048

